UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank, et al.

| | |
|---|---|
| In Re:<br><br>Mohammed Rabbani,<br><br>Debtor. | Case No.:      24-16102-JKS<br><br>Chapter:           13<br><br>Hearing Date:    10/10/2024<br><br>Judge:          Sherwood |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 17)

_____

Date: 10/08/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*