STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

Re:  MOHAMMED G RABBANI
68 FRONT STREET
PATERSON,  NJ  07522

Atty:  STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-16102

### RECEIPTS AS OF 01/01/2025  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/16/2024 | $1,500.00 | 6781703337 | 09/18/2024 | $1,500.00 | 6781703359 |
| 10/22/2024 | $1,500.00 | 6781703384 | 12/09/2024 | $1,500.00 | 6781703405 |
| 12/26/2024 | $1,500.00 | 6781703429 | | | |

**Total Receipts: $7,500.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| M&T BANK | 11/18/2024 | $4,260.00 | 936,549 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 420.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | M&T BANK | (NEW) Prepetition | 377,054.34 | 100.00% | 7,080.00 | 369,974.34 |

Total Paid:  $7,500.00
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $7,500.00   -   Paid to Claims: $7,080.00   -   Admin Costs Paid: $420.00   =   Funds on Hand: $0.00

**Chapter 13 Case # 24-16102**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.