Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  24−16102−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed G Rabbani
   68 Front Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−6568

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 3/13/25 at 10:00 AM

to consider and act upon the following:

*33* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004−3 Mortgage Pass Through Certificates. Objection deadline is 2/20/2025. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

*36* − Certification in Opposition to (related document:33 Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004−3 Mortgage Pass Through Certificates. Objection deadline is 2/20/2025. (Attachments: # 1 Certificate of Service) filed by Creditor HSBC Bank USA, National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004−3 Mortgage Pass Through Certificates) filed by Steven D. Pertuz on behalf of Mohammed G Rabbani. (Attachments: # 1 Certificate of Service) (Pertuz, Steven)

Dated: 2/21/25

                      Jeanne Naughton
                      Clerk, U.S. Bankruptcy Court