| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE KML LAW GROUP, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106 201-549-2363 dcarlon@kmllawgroup.com Attorneys for Secured Creditor: HSBC Bank USA, National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates | |
| In Re: Mohammed G Rabbani Debtor | |

**Order Filed on April 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  24-16102 JKS

Hearing Date: 3/27/2025 @10:00 a.m.

Judge:  John K. Sherwood

## ORDER RESOLVING SECURED CREDITOR'S APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 16, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor:              Mohammed G Rabbani
Case No.:            24-16102 JKS
Caption:             **ORDER RESOLVING SECURED CREDITOR'S APPLICATION FOR
                     EARLY TERMINATION OF LOSS MITIGATION PERIOD**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, HSBC Bank USA, National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates, holder of a mortgage on real property located at 66-68 Front Street, Paterson, NJ, 07522, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Steven D. Pertuz, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the loss mitigation period is extended to May 1, 2025; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if loss mitigation is unsuccessful, Debtor shall modify the plan to address Secured Creditor's pre-petition arrears, either by curing the arrears, selling the property, surrendering the subject property, or in a manner otherwise permitted by the code; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's application for early termination of loss mitigation period is hereby resolved.