| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   MOHAMMED G RABBANI |

Order Filed on September 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  24-16102 JKS

Hearing Date:  9/11/2025

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: September 11, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): MOHAMMED G RABBANI

Case No.: 24-16102

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/11/2025 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to extend loss mitigation period and address Trustee arrears by 9/25/2025 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that the above has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.