UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

MOHAMMED G RABBANI

Case No.: 24-16102

Adv. No.:

Hearing Date: 10/23/2025

Judge:  JKS

## CERTIFICATION OF SERVICE

1. I, Jeannine VanSant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the   above captioned matter.

2. On, 09/12/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MOHAMMED G RABBANI
68 FRONT STREET
PATERSON, NJ  07522
Mode of Service:  Regular Mail

Attorney for Debtor(s):
STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052
Mode of Service:  ECF and/or Regular Mail

Dated:  September 12, 2025

By:   /S/  Jeannine VanSant
Jeannine VanSant