**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   MOHAMMED G RABBANI

Order Filed on October 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-16102 JKS**

**Hearing Date:  10/23/2025**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 24, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  MOHAMMED G RABBANI

Case No.:  24-16102

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/23/2025 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) the Debtor must make a payment of $209.70 the Trustee by 10/312025 and said payment must be received and posted by the Trustee by 10/31/2025 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the Debtor(s) the debtor(s) shall provide the Trustee with copies of their timely filed Federal tax returns by April  15th every year throughout the life of the plan and any Federal refund in excess of $2,500.00 shall be paid into the plan or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.