| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    MOHAMMED G RABBANI |

Order Filed on October 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  24-16102 JKS

Hearing Date:  10/23/2025

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 24, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): MOHAMMED G RABBANI

Case No.: 24-16102

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 10/23/2025 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) the Debtor must make a payment of $209.70 the Trustee by 10/312025 and said payment must be received and posted by the Trustee by 10/31/2025 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the Debtor(s) the debtor(s) shall provide the Trustee with copies of their timely filed Federal tax returns by April 15th every year throughout the life of the plan and any Federal refund in excess of $2,500.00 shall be paid into the plan or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                     Case No. 24-16102-JKS
Mohammed G Rabbani                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1
Date Rcvd: Oct 24, 2025        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mohammed G Rabbani, 68 Front Street, Paterson, NJ 07522-1449 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven D. Pertuz | on behalf of Debtor Mohammed G Rabbani pertuzlaw@verizon.net Pertuz.StevenB130381@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4