STEVEN D. PERTUZ, ESQ.
111 NORTHFIELD AVE. STE 304
WEST ORANGE, NJ  07052

Re:   MOHAMMED G RABBANI          Atty:   STEVEN D. PERTUZ, ESQ.
      68 FRONT STREET                     111 NORTHFIELD AVE. STE 304
      PATERSON,  NJ  07522                WEST ORANGE, NJ  07052

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-16102

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/16/2024 | $1,500.00 | 6781703337 | 09/18/2024 | $1,500.00 | 6781703359 |
| 10/22/2024 | $1,500.00 | 6781703384 | 12/09/2024 | $1,500.00 | 6781703405 |
| 12/26/2024 | $1,500.00 | 6781703429 | 01/23/2025 | $1,500.00 | 6781703449 |
| 02/19/2025 | $1,500.00 | 6781703468 | 03/18/2025 | $1,500.00 | 6781703483 |
| 04/22/2025 | $1,500.00 | 6781703513 | 05/20/2025 | $1,500.00 | 6781703534 |
| 05/20/2025 | $1,500.00 | 6781703533 | 06/24/2025 | $1,500.00 | 6781703560 |
| 07/25/2025 | $1,500.00 | 6781703580 | 08/28/2025 | $1,500.00 | 6781703610 |
| 09/26/2025 | $1,500.00 | 6781703626 | 11/04/2025 | $209.70 | 6781703384 |
| 11/04/2025 | $1,500.00 | 6781703646 | 12/04/2025 | $1,500.00 | 6781703665 |
| 01/08/2026 | $1,500.00 | 6781703686 | | | |

**Total Receipts: $27,209.70  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $27,209.70**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| M&T BANK | | | | | | | |
| | 11/18/2024 | $4,260.00 | 936,549 | | 01/13/2025 | $2,820.00 | 939,368 |
| | 02/10/2025 | $1,410.00 | 940,714 | | 03/17/2025 | $1,410.00 | 942,130 |
| | 04/14/2025 | $1,410.00 | 943,568 | | 05/12/2025 | $1,410.00 | 945,023 |
| | 06/16/2025 | $2,850.00 | 946,437 | | 07/14/2025 | $1,425.00 | 947,894 |
| | 08/18/2025 | $1,425.00 | 949,249 | | 09/16/2025 | $1,425.00 | 950,593 |
| | 10/20/2025 | $1,425.00 | 952,049 | | 12/15/2025 | $1,607.12 | 954,910 |
| | 01/12/2026 | $1,410.00 | 956,317 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,512.58 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | M&T BANK | (NEW) Prepetition / | 375,817.02 | 100.00% | 24,287.12 | 351,529.90 |

Page 1 of 2

**Chapter 13 Case # 24-16102**

**Total Paid: $25,799.70**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $27,209.70    -    Paid to Claims: $24,287.12    -    Admin Costs Paid: $1,512.58    =    Funds on Hand: $1,410.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.