**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   MOHAMMED G RABBANI

Order Filed on May 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-16102 JKS**

**Hearing Date:  5/14/2026**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 14, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  MOHAMMED G RABBANI

Case No.:  24-16102

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 05/14/2026 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $2,790.30 by 5/29/2026 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with a copy of the Debtor's 2025 Federal Tax Return and turn over any refund in excess of $2,500.00 by 5/29/2026 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 6/11/2026 at 10:00 AM.