**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

  MOHAMMED G RABBANI

Order Filed on June 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  24-16102 JKS

Hearing Date:  6/11/2026

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: June 12, 2026

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  MOHAMMED G RABBANI

Case No.:  24-16102

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/11/2026 on notice to STEVEN D. PERTUZ, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a motion to re-enter the loan modification program by 6/18/2026 or the case will be dismissed without further notice; and it is further

- ORDERED, that the Debtor(s) shall provide the Trustee's office with their 2025 excess tax refund payment of $6,161.00, received and posted, by 9/1/2026 or case will be dismissed without further notice